# United States Court of Appeals for the Federal Circuit

---

April 11, 2012

**ERRATA**

---

Appeal No. 2011-1018

**AVENTIS PHARMA S.A.,**
**v.**
**HOSPIRA, INC.,**

Decided: April 9, 2012
Precedential Opinion

---

Please make the following change:

Page 3, line 32, change "Federal" to --U.S. Food and--.